# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Pratt & Whitney, a division of United | ) ASBCA Nos. 59940, 59941, 59942 |
| Technologies Corporation | ) |
| | ) |
| Under Contract No. SP0400-01-D-9405 | ) |

APPEARANCES FOR THE APPELLANT:  David Z. Bodenheimer, Esq.
    Crowell & Moring LLP
    Washington, DC

    Michael W. Dixon, Esq.
    Associate Counsel, Military Engines
    Pratt & Whitney

APPEARANCES FOR THE GOVERNMENT:  Col Matthew J. Mulbarger, USAF
    Air Force Chief Trial Attorney
    Alexis Bernstein, Esq.
    Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  18 November 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59940, 59941, 59942, Appeals of Pratt & Whitney, a division of United Technologies Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals